```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
Gildardo Hebreo,                                :
                                                :
                Plaintiff,                      :         **ORDER**
                                                :
        -against-                               :         03-CV-1190 (DLI)(SMG)
                                                :
Jose Sinchi, Humberto Sinchi,                   :
                                                :
                Defendants.                     :
---------------------------------------------------------------x
```

**DORA L. IRIZARRY, U.S. District Judge:**

    It appearing that no objections have been filed to the Report and Recommendation of the Honorable Steven M. Gold, U.S.M.J., dated April 6, 2005; and

    Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

    ORDERED that this action is dismissed; and it is further

    ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties. The Clerk of the Court is further directed to close this case.


DATED:    Brooklyn, New York
             May 17, 2005

                                          _____/s/_____
                                                    DORA L. IRIZARRY
                                                United States District Judge