UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GILDARDO HEBREO,

                    Plaintiff,

  -against-

JOSE SINCHI, HUMBERTO SINCHI,

                    Defendants.
-----------------------------------------------------------------X

JUDGMENT
03-CV-1190 (DLI)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 19 2005 ★
BROOKLYN OFFICE

        An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on May 17, 2005, adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated April 6, 2005, dismissing the action for failure to prosecute; it is

        ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Steven M. Gold is adopted; and that the action is dismissed for failure to prosecute.

Dated: Brooklyn, New York
        May 18, 2005

                                                  ROBERT C. HEINEMANN
                                                Clerk of Court